EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: <br><br> Gamalier Oliveras Álvarez | 2025 TSPR 4 <br><br> 215 DPR ___ |

Número del Caso:  TS-9,014


Fecha: 14 de enero de 2025


Representante legal del peticionario:

     Por derecho propio


Materia: Readmisión al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex parte:*


Gamalier Oliveras Álvarez          TS-9014


RESOLUCIÓN

En San Juan, Puerto Rico, a 14 de enero de 2025.

Examinada la *Moción solicitando cambio de estatus de abogado inactivo a activo* presentada el 16 de diciembre de 2024 por el Sr. Gamalier Oliveras Álvarez, se readmite al ejercicio de la abogacía.

Se ordena a la Secretaría registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). Además, se le ordena al licenciado Oliveras Álvarez actualizar su información de contacto en el RUA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo